ORIGINAL

FILED
OCT 19 2010
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 10-40098 |
| ) | |
| v. ) | VIO: Title 18, United States Code, |
| ) | Section 1038 |
| DON LAWRENCE ASHEIM, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

On or about April 30, 2010, at Moline, in Rock Island County, in the Central District of Illinois, the defendant,

**DON LAWRENCE ASHEIM,**

did intentionally engage in conduct with an intent to convey false and misleading information under circumstances where such information may reasonably have been believed and which indicated that an activity had taken, was taking, and would take place – namely that a biological agent or toxin was enclosed within an envelope addressed to an employee of the Internal Revenue Service – which activity would constitute a violation of 18 U.S.C. 111 (Assaulting or Intimidating an Employee of the United States Government), 18 U.S.C. 175 (Acquiring, Possessing, Retaining, and Transferring a Biological Agent or Toxin), 18 U.S.C. 1114 (Killing or Attempting to Kill an Employee of the United States Government), and 18 U.S.C. 2332a (Use of Weapons of Mass Destruction), in that the defendant placed a white powdery substance in an

envelope addressed to the attention of a specific individual at the Internal Revenue Service, enclosed in the same envelope the defendant's tax bill which the defendant had altered to remove and obliterate the defendant's personally identifiable information in an attempt to conceal the defendant's identity, wrote various hostile and profane statements upon said tax bill, and placed said envelope in box designated for outgoing mail at the Deere & Company facility located at 501 River Drive, Moline, Illinois.

All in violation of Title 18, United States Code, Section 1038.

**A TRUE BILL**

S/Foreperson

**FOREPERSON**

S/Bradley Murphy for

**JAMES A. LEWIS**
**UNITED STATES ATTORNEY**
**JKM**